UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS BONETTI,,

Plaintiff,

CASE NO.:  6:07-CV-1335-GAP-GJK

vs.

EMBARQ MANAGEMENT
COMPANY,
A FOREIGN PROFIT
CORPORATION,,

Defendant.

_____/

### NOTICE OF FILING SWORN STATEMENT OF C. RYAN MORGAN IN SUPPORT OF THE JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, CARLOS BONETTI, by and through the undersigned counsel, hereby gives notice of filing the attached Sworn Statement of C. Ryan Morgan, Esq. in support of the Joint Motion for Approval of Settlement (attached hereto as Exhibit "A").

Respectfully submitted this 24th day of June 2009.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esq.
Florida Bar No. 0015527
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, 4th Floor
P.O. Box 4979
Orlando, Florida 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 420-5956
E-mail: rmorgan@forthepeople.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served using the CM/ECF system which I understand will send a notice of electronic filing to the following: Patrick Muldowney, Esquire, Baker & Hostetler, LLP, 200 South Orange Ave., Suite 2300  PO Box 112, Orlando, FL  32802 email: pmuldowney@bakerlaw.com, on this 24th day of June, 2009.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esquire