# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS BONETTI,

    Plaintiff,

CASE NO.: 6:07-CV-1335-GAP-GJK

vs.

EMBARQ MANAGEMENT
COMPANY,
A FOREIGN PROFIT
CORPORATION,,

    Defendant.
_____/

## SWORN STATEMENT OF ATTORNEY C. RYAN MORGAN IN SUPPORT OF JOINT MOTION TO APPROVE SETTLEMENT

STATE OF FLORIDA

COUNTY OF ORANGE

    BEFORE ME, an officer duly authorized to take oaths and administer acknowledgments, appeared C. RYAN MORGAN, ESQ., who, after being duly sworn, did depose and state:

    1.    My name is C. RYAN MORGAN. I am an attorney in the Morgan & Morgan law firm. I have represented the Plaintiff in this matter at all times.

    2.    Pursuant to the settlement in this matter, and more fully described in the parties Joint Motion for Approval of Settlement, Plaintiff, Carlos Bonetti will receive $3,000.00 (minus proper employment taxes) out of the $5,500.00 total settlement as compensation for his unpaid wages. The amount that Plaintiff will receive is after any and all deductions for attorney's fees, costs or other expenses. The details of the compromise are fully discussed by both parties in the Joint Motion for Approval of Settlement.

3.   The contemporaneous time records kept by Morgan & Morgan P.A., with respect to this case are attached as Exhibit 1.

4.   The time recorded on Exhibit 1 was all reasonably and necessarily incurred in pursuit of this case.

5.   I have been a continuous member of the Florida Bar since 2005 and have practiced law for over three years. I am familiar with the rates charged by attorneys with similar experience in Central Florida. A reasonable hourly fee for a lawyer with similar experience and expertise is $300.00 per hour[1]. My hourly rate has been approved in the Middle District. *See Payne v. Snowbirds Inn, LLC, et al., Case No. 8:08-cv-1175-T-23 MAP*, Docket Entry 15 (October 1, 2008) (Merryday, J). My hourly rate has also been approved as reasonable in FLSA fairness hearings in the Middle District. *See Margie Brown v. Compass Rose Foundation, Inc., Case No. 2:08-cv-413-FtM-99DNF*, Docket Entry 21 (August 11, 2008) (Frazier, M.J.) (Approved Docket Entry 23, August 12, 2008); *Badia v Morena Food Corporation, 6:08-cv-499-Orl-19DAB*, Docket Entry 27 (September 29, 2008) (Baker, M.J.) (Approved Docket Entry 29, October 7, 2008); and *Alex Jacobs v. Fore Property Company, Case No. 6:08-cv-597-Orl-28DAB*, Docket Entry 18 (October 22, 2008) (Baker, M.J.) (Approved Docket Entry 19, November 14, 2008).

6.   Silvia Jolly is a paralegal with Morgan & Morgan who also performed work on this matter. Ms. Jolly has been a paralegal for over three years. A reasonable hourly rate for a paralegal with similar experience and expertise is $95.00 per hour.

---

[1] In this matter, based on the time worked by Plaintiff's counsel, even an hourly rate of $200/hr would justify the attorneys' fees and costs agreed to be paid by the parties.

7. Morgan & Morgan has expended 12.1 hours of attorney time and .7 hours of paralegal time in the prosecution of this matter. The number of hours worked were reasonable in the prosecution of this matter. The total amount of attorney's fees incurred are $3,737.50.00.

8. In addition to the attorney's time involved in this case, Morgan & Morgan, P.A., has incurred costs of $30.44 in this matter (see Cost Ledger attached as Exhibit 2). A court can award costs authorized in 28 U.S.C. § 1920, unless authorized by applicable statute. *See United States EEOC v. W&O, Inc.*, 213 F.3d 600, 620 (11th Cir. 2000). "Costs for service of process and the filing fee are . . . properly awarded under 28 U.S.C. § 1920 . . . " *Perrin v. John B. Webb & Assoc.*, 2005 WL 2465022, at *5 (M.D. Fla. 2005).

9. All costs incurred were necessary and actual costs incurred in the pursuit of this case.

10. Morgan & Morgan, P.A., has therefore incurred reasonably attorneys' fees in the total amount of $3,737.50, and is receiving $2,500.00 in the settlement for payment of these fees and costs.

By: _____
C. RYAN MORGAN, ESQ.

STATE OF FLORIDA     )
COUNTY OF ORANGE )

SWORN TO AND SUBSCRIBED before me this ____ day of June, 2009. The Affiant, _C. Ryan Morgan_ is [✓] personally known to me or [ ] has produced _____ as identification which is current or has been issued within the past five (5) years and/or other identifying number.

_____
Print Name

NOTARY PUBLIC – STATE OF FLORIDA

Commission Number: _____
My Commission Expires: _____



SILVIA S. CLARK
MY COMMISSION # DD 825354
EXPIRES: September 23, 2012
Bonded Thru Notary Public Underwriters