EXHIBIT "1"

# Time Sheet

06/24/2009

Bonetti, Carlos vs. Embarq Managment Co.
Date Range: 1/1/1980 - 6/24/2009
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Timekeep | Amount |
|---|---|---|---|---|
| 01/07/2009 | RM | 1.70 | RM | $510.00 |
| | | | Review of file in preparation for complaint; tc client; tc oc; reviewing pleadings and research on pacer | |
| 01/13/2009 | RM | .60 | RM | $180.00 |
| | | | Telephone conference with client | |
| 01/20/2009 | RM | .20 | SSJ | $60.00 |
| | | | Preparation of Notice of Appearance | |
| 02/04/2009 | RM | 2.90 | RM | $870.00 |
| | | | Telephone conference with OC; tc with client; reviewing damage estimates; reviewing depo of client and other produced documents | |
| 02/09/2009 | RM | .10 | RM | $30.00 |
| | | | Email left for OC | |
| 02/26/2009 | RM | .20 | RM | $60.00 |
| | | | Telephone conference with OC | |
| 02/26/2009 | RM | .80 | RM | $240.00 |
| | | | Telephone conference with OC; calculating damages from sched A; tc client; tc OC | |
| 02/27/2009 | RM | .30 | RM | $90.00 |
| | | | Telephone conference with OC and email to oc | |
| 03/04/2009 | RM | .90 | RM | $270.00 |
| | | | Reviewing MSJ and email to OC | |
| 03/05/2009 | RM | .40 | RM | $120.00 |
| | | | Telephone conference with OC and tc with client | |
| 03/05/2009 | RM | .80 | RM | $240.00 |
| | | | Telephone conference with OC; tc with client; email to client | |
| 03/06/2009 | RM | .80 | RM | $240.00 |
| | | | Telephone conference with client; email from oc; email to oc on settlement | |
| 03/10/2009 | RM | .70 | RM | $210.00 |
| | | | Reviewing and editing SA and Joint Motion to Approve | |
| 03/10/2009 | RM | .20 | SSJ | $19.00 |
| | | | Preparation of letter to client regarding enclosing SA for review and signature | |
| 03/18/2009 | RM | .30 | RM | $90.00 |
| | | | Emails with OC | |
| 03/20/2009 | RM | .00 | SSJ | $0.00 |
| | | | Preparation of env to def counsel | |
| 06/01/2009 | RM | .20 | RM | $60.00 |
| | | | Telephone conference with client re status of settlement | |
| 06/16/2009 | RM | .50 | RM | $150.00 |
| | | | Emails with OC; reviewing court order; emails re info | |
| 06/19/2009 | RM | .30 | SSJ | $28.50 |
| | | | Preparation of Sworn Statement of C. Ryan Morgan. | |
| 06/24/2009 | RM | .90 | RM | $270.00 |
| | | | Reviewing order; reviewing and editing sworn stmt; reviewing fee/cost information; reviewing emails | |

Total hours:   12.80                                                                                      Total Amount:   $3,737.50