**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARLOS BONETTI,**

    **Plaintiff,**

**vs.**                                                             **CASE NO.:  6:07-cv-1335-Orl-31GJK**

**EMBARQ MANAGEMENT COMPANY,**

    **Defendant.**
_____/

**NOTICE OF RENEWAL OF JOINT MOTION**
**TO APPROVE SETTLEMENT AGREEMENT**

The Plaintiff, CARLOS BONETTI, and the Defendant, EMBARQ MANAGEMENT COMPANY, in accordance with this Court's Order (Docket No. 45) denying without prejudice the parties' Joint Notice of Filing and Joint Motion for Approval Settlement Agreement as Stipulated Final Judgment (Docket No. 44), hereby renew said Joint Motion.  Pursuant to the Court's Order, the Plaintiff's counsel has filed a sworn statement regarding the proposed settlement and supporting documentation concerning fees and costs.

    Respectfully submitted,

| | |
|---|---|
| **s/ C. Ryan Morgan** | **s/ Patrick M. Muldowney** |
| C. Ryan Morgan | Patrick M. Muldowney |
| Florida Bar No. 0015527 | Florida Bar No. 0978396 |
| MORGAN & MORGAN, P.A. | BAKER & HOSTETLER, LLP |
| P.O. Box 4979 | P.O. Box 112 |
| Orlando, Florida 32802-4979 | Orlando, Florida 32802 |
| Tel:  (407) 420-1414 | Tel:  (407) 649-4000 |
| Fax:  (407) 420-5956 | Fax:  (407) 841-0168 |
| RMorgan@forthepeople.com | pmuldowney@bakerlaw.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

    Patrick M. Muldowney, Esq.
    Baker & Hostetler, LLP
    P.O. Box 112
    Orlando, FL 32802-0112

                                          s/ C. Ryan Morgan

502482253