# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARLOS BONETTI,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:07-cv-1335-Orl-31GKJ**

**EMBARQ MANAGEMENT COMPANY,**

**Defendant.**

_____

## ORDER

This matter came before the Court without oral argument upon consideration of the parties'

"Notice of Renewal of Joint Motion to Approve Settlement Agreement" (Doc. 47).  Upon review,

it is

**ORDERED** that the parties shall file an amended joint motion to approve settlement

agreement, with all relevant and supporting documentation attached thereto, by no later than

Tuesday, June 30, 2009.  Motions that have been denied without prejudice simply cannot be

renewed by the filing of a "notice of renewal."

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 26, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE